```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-14-2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

MOHAMMAD MAHMOUD KHAN,

    Plaintiff,

Case No. 13 CV 1919-LTS-DCF

v.

**VERDICT FORM**

HILTON HOTELS INC.,

    Defendant.

----------------------------------------------------X

    WE, THE JURY, find unanimously as follows:

**I.**    **AS TO PLAINTIFF'S AGE DISCRIMINATION CLAIM:**

1.    Has Plaintiff proven by a preponderance of the evidence that Plaintiff's age was the critical factor in Defendant's decision to terminate Plaintiff's employment?

    YES   ✓   NO _____

*If your answer to Question No. 1 is "NO", STOP DELIBERATING AND SEE THE INSTRUCTIONS BELOW; you must return a verdict for Defendant. If your answer to Question No. 1 is "Yes", go to Question No. 2.*

2.    State the amount, if any, that you find Plaintiff lost in wages and benefits through the date of your verdict.

    $ 250,000.00

*Proceed to Question No. 3.*

3.    Do you find that the Defendant has proven by a preponderance of the evidence that Plaintiff failed to mitigate his damages?

    YES _____ NO   ✓

*If your answer to Question No. 3 is "YES", continue to Question No. 4. If your answer to Question No. 3 is "No", go to Question No. 5.*

KHAN VERDICT SHEET.WPD      VERSION DECEMBER 11, 2015

Court Exhibit #11
12-14-2015   6:01 PM

4.  State the amount, if any, that you find the Plaintiff could have earned from his termination date through the date of your verdict if he had made reasonable efforts to mitigate his damages.

    $ _____

    *Proceed to Question No. 5.*

II. **AS TO WILLFULNESS:**

5.  If you have answered "Yes" to Question No. 1, has Plaintiff proven by a preponderance of the evidence that Hilton willfully violated the Age Discrimination in Employment Act ("ADEA")?

    YES _____    NO ____✓____

    *STOP DELIBERATING.*

    *HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM
    IN THE SPACES PROVIDED BELOW, SEAL IT IN AN
    ENVELOPE MARKED "VERDICT," AND GIVE IT TO THE MARSHAL.*

    *ADVISE THE MARSHAL THAT YOU HAVE REACHED A VERDICT.*

Dated: New York, New York
       December 14, 2015

                                                    _____
                                                         Jury Foreperson